**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLIFTON M. BROOKS, SR.,

    Plaintiff,

vs.                    Case No. 3:08-cv-125-J-32MCR

FLORIDA CLERK OF COURTS, et al.,

    Defendants.

## ORDER

This case came before the Court on *pro se* plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to provide additional information regarding his financial status and to file an amended complaint to address deficiencies with his original complaint. See Order, Doc. 4. Plaintiff filed an Amended Complaint (Doc. 6) and a new motion for leave to proceed *in forma pauperis* (Doc. 7). Upon review of these filings, the Magistrate Judge issued a Report and Recommendation on March 28, 2008 recommending that the motions to proceed *in forma pauperis* be denied and that his complaint, as amended, be dismissed without prejudice (Doc. 9). Plaintiff did not file objections to the Report and Recommendation, but he did file a Second Amended Complaint and a third motion for leave to proceed *in forma pauperis*, both of which were struck by the Magistrate Judge as being improperly filed without leave of Court (Doc. 12). Nonetheless, the Magistrate Judge evaluated the allegations of plaintiff's Second Amended Complaint and determined that they

failed to cure the deficiencies with plaintiff's amended complaint and did not set forth any additional grounds upon which the case could be maintained.  See Doc. 12.  Because the Court's Report and Recommendation (Doc. 9) was styled as an Order and did not advise plaintiff regarding his right to file objections, that document was vacated and a new Report and Recommendation, with the proper advisement, was issued on May 27, 2008.  See Doc. 14.  Plaintiff did not file any objections and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 14), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 14) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motions for Leave to Proceed *In Forma Pauperis* (Docs. 2, 7) are **DENIED**.

3. This case is dismissed without prejudice to plaintiff filing a paid complaint. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of June, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Honorable Monte C. Richardson
  United States Magistrate Judge
pro se plaintiff